writ is set aside. The judgment of the court below against the garnishees is so far modified as to restrain its collection until the interest, if any, of the defendant in the estate of Andrew M. Moore is due and payable; and as thus modified, the judgment is affirmed. The costs of this appeal to be paid by the appellees.

---

## Ellwanger *v.* Moore, Appellant.

Argued March 30, 1903. Appeal, No. 76, Jan. T., 1903, by Albert H. Moore, from order of C. P. No. 2, Phila. Co., Sept. T., 1899, No. 3259, discharging rule to strike off writ of fieri facias in case of George Ellwanger and William C. Barry, Copartners, trading as Ellwanger & Barry, v. A. H. Moore, Defendant, and the Fidelity Trust Company, Joseph F. Sinnott and Walton Pennewill, Executors and Trustees of Andrew M. Moore, Deceased, Garnishees. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Reversed.

OPINION BY MR. JUSTICE MESTREZAT, May 18, 1903:

For the reasons stated in the opinion this day filed in Ellwanger v. Moore, ante, p. 234, the order discharging the rule to strike off the writ of fieri facias is reversed and the rule is now made absolute and the writ is set aside. The judgment of the court below against the garnishees is so far modified as to restrain its collection until the interest, if any, of the defendant in the estate of Andrew M. Moore, deceased, is due and payable; and as thus modified, the judgment is affirmed. The costs of this appeal to be paid by the appellee.

---

## Germantown Real Estate Deposit and Trust Company *v.* Moore, Appellant.

Argued March 30, 1903. Appeal, No. 64, Jan. T., 1903, by trustees, from order of C. P. No. 2, Phila. Co., June T., 1897, No. 926, discharging rule to strike off writ of fieri facias in case of Germantown Real Estate Deposit and Trust Company,

Ancillary Administrator of the Estate of Robert P. Pepper, Deceased, v. Albert H. Moore, and the Fidelity Trust Company, Joseph F. Sinnott and Walton Pennewill, Executors and Trustees of Andrew M. Moore, Deceased, Garnishees. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, May 18, 1903 :

For the reasons stated in the opinion this day filed in Ellwanger v. Moore, ante, p. 234, the order discharging the rule to strike off the writ of fieri facias is reversed and the rule is now made absolute and the writ is set aside. The judgment of the court below against the garnishees is so far modified as to restrain its collection until the interest, if any, of the defendant in the estate of Andrew M. Moore, deceased, is due and payable; and as thus modified, the judgment is affirmed. The costs of this appeal to be paid by the appellee.

---

# Germantown Real Estate Deposit and Trust Company *v.* Moore, Appellant.

Argued March 30, 1903. Appeal, No. 75, Jan. T., 1903, by Albert H. Moore, defendant, from order of C. P. No. 2, Phila. Co., June T., 1897, No. 926, discharging rule to strike off writ of fieri facias in case of Germantown Real Estate Deposit and Trust Company, Ancillary Administrator of the Estate of Robert P. Pepper, Deceased, v. Albert H. Moore, and the Fidelity Trust Company, Joseph F. Sinnott and Walton Pennewill, Executors and Trustees of Andrew M. Moore, Deceased, Garnishees. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, May 18, 1903 :

For the reasons stated in the opinion this day filed in Ellwanger v. Moore, ante, p. 234, the order discharging the rule to strike off the writ of fieri facias is reversed and the rule is now made absolute and the writ is set aside. The judgment